# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:07-mj-017

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JONATHAN RAY GEORGE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS CAUSE** coming on to be heard before the undersigned on November 30, 2007 in Bryson City for the purpose of conducting a preliminary hearing and potentially, a detention hearing. At the call of the matter on for hearing, Fredilyn Sison, attorney for the defendant, requested that the two proceedings be continued. On behalf of the defendant, Ms. Sison waived any time limits for the preliminary hearing or the detention hearing. The undersigned inquired of the Government as to the Government's position in regard to the oral motions and Jill Rose, Assistant United States Attorney advised that she had no objection to the granting of the continuance.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that preliminary hearing and the potential detention hearing in the above entitled matter is **CONTINUED** and is set for December 4, 2007 at 10:30 a.m. in Asheville, NC.

Signed: December 10, 2007

_____

Dennis L. Howell
United States Magistrate Judge